

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE MEYERS**
**TOM PRICE**
**PAUL WOMACK**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**CATHY COCHRAN**
**ELSA ALCALA**
  JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1600

July 7, 2014

Eric S. Coats
Attorney at Law
1716 S. Polk
Amarillo, TX 79102

      RE:    Damien Hernandez Cortez
              Case Number PD-0501-14
              Trial Court Case Number 62,862-D

Dear Mr. Coats:

This letter is to serve notice, pursuant to Texas Rules of Appellate Procedure 9.10(c), that the Court has identified sensitive data or items that have been determined should be sealed in the above referenced case. The items are listed in the Court's order which is enclosed herewith.

Comments or objections to the Court's order are due within 10 days of the date of the order.

                      Sincerely,

                      Abel Acosta
                      Clerk

cc:    District Clerk
       District Attorney
       7th Court of Appeals